**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

REBECCA HAYWARD,

    Plaintiff,                                  Case No.: 1:26-cv-06484

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**<u>SCHEDULE A TO COMPLAINT</u>**

| No. | Defendants |
|-----|------------|
| 1 | Tantisy ⋆ Easter Day Big Promotion |
| 2 | meisly |
| 3 | yiruiqing1 |
| 4 | HswsEJ Official |
| 5 | Tang jian |
| 6 | juyu-W |
| 7 | XunBoFeng |
| 8 | WOZHEN Sales Today Clearance |
| 9 | xuqingming A |
| 10 | zhoudaoHaven A |
| 11 | A Pantheon Mall |
| 12 | huanghaiqing A |
| 13 | Pantheon Mall |
| 14 | Jiayus boutique |
| 15 | Funbibi |
| 16 | ShuodaoHaven D |
| 17 | Pantheon Mall A |
| 18 | huanghaiqing D |
| 19 | xuqingming D |
| 20 | ChicSavvy |
| 21 | FYYWBABT local |
| 22 | Pretty Princess DD |
| 23 | WeaveCoveHomeKK |

| 24 | Yiwu Shengxin Home Textile Co |
|----|-------------------------------|
| 25 | Dream Katie |
| 26 | GXFCFIF |
| 27 | Pink Spot |
| 28 | DJKK life Rugs |
| 29 | Exclusive carpet |
| 30 | CTeemo |
| 31 | Beautiful Life Carpet |
| 32 | fortunate life mat |
| 33 | padfppadfoj |
| 34 | ThreadVibeGD |
| 35 | GXFCFO |
| 36 | Sunny Carpet One |
| 37 | Sunshine Carpet |
| 38 | Veritas carpet |
| 39 | LM House Carpet |
| 40 | K Custom |
| 41 | QiuwuHaven D |
| 42 | bbdfF |
| 43 | LinenHaven Patio |
| 44 | MYYongshun Home Textiles |
| 45 | Yami Phone Case |
| 46 | TNTCASE |
| 47 | TUOWEI |
| 48 | Jeedoo Direct |
| 49 | WeePlayAAJK |
| 50 | Culinary ArtFurnishings |
| 51 | EleganceK |

2