**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

REBECCA HAYWARD,

     Plaintiff,                           Case No.: 1:26-cv-06484

v.                                   Judge Manish S. Shah
                                   Magistrate Judge Albert Berry, III

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendant |
|-----|-----------|
| 1 | Tantisy ★ Easter Day Big Promotion |
| 2 | meisly |
| 3 | HswsEJ Official |
| 4 | Tang jian |
| 5 | juyu-W |

1