Exhibit 1



# Order Summary

Order placed April 21, 2026 | Order # 114-9899312-2856251

**Ship to**

███████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

( View related transactions )

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $4.33 |
| Shipping & Handling: | $7.99 |
| Total before tax: | $12.32 |
| Estimated tax to be collected: | $0.44 |
| **Grand Total:** | **$12.76** |

## Arriving May 4 - May 13



Dresses for Women Summer 2025 Casual Beach Vacation Midi Sun Dresses a Line Loose Floral Short Sleeve Dress with Pockets  (1-Army Green,X-Large)
Sold by: Tantisy  ⭐ Easter Day Big Promotion
Supplied by: Other
$4.33

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✕
© 1996-2026, Amazon.com, Inc. or its affiliates



# Order Summary

Order placed April 21, 2026   |   Order # 114-3705343-5410637

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▓▓▓▓▓ | Visa  ending in ▓▓ | Item(s) Subtotal: | $2.99 |
| ▓▓▓▓▓▓▓▓ # ▓▓ | | Shipping & Handling: | $10.99 |
| CHICAGO, IL 60604-4092 | View related transactions | Total before tax: | $13.98 |
| United States | | Estimated tax to be collected: | $0.31 |
| | | **Grand Total:** | **$14.29** |

### Arriving May 4 - May 13



**FlekmanArt Womens Summer Dresses Short Sleeve Crew Neck Beach Dress a Line Floral Print Midi Dress Swing Bohemian Dresses**
Sold by: meisly
Supplied by: Other
$2.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕
© 1996–2026, Amazon.com, Inc. or its affiliates



## 003 HswsEJ Official

3/12/26, 1:17 PM          Amazon.com: Linen Jumpsuits for Women Casual Summer Summer Boho Floral Tshirt Romper Button Down Pocket Tropical Vacat...

Clothing, Shoes & Jewelry › Women › Clothing › Jumpsuits, Rompers & Overalls › Jumpsuits

Visit the HswsEJ Store

**Linen Jumpsuits for Women Casual Summer Summer Boho Floral Tshirt Romper Button Down Pocket Tropical Hawaiian Outfits**

Search this page

$7⁷⁰

Price history

FREE Returns ⌄

Save 10% on 1 when you buy 2  Shop items ›
Save 20% on 1 when you buy 3  Shop items ›
Save 30% on 1 when you buy 4  Shop items ›

Color: **B002 Dark Green**

Size: **Small**

| Small | Medium | Large | X-Large | XX-Large |

## Product details

### Top highlights

| Fabric type | 85% Cotton,15% Linen |
| Care instructions | Machine Wash |
| Origin | Imported |

$7⁷⁰

$7.99 delivery **March 23 - April 1**. Details

Or fastest delivery **March 17 - 19**. Details

Deliver to oO - Chicago 60604

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Shipper / Seller | HswsEJ Official |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

Add to Auto Buy

---

3/12/26, 1:18 PM                    Place Your Order - Amazon Checkout

Secure checkout ⌄

**Delivering to oO**          Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

**Paying with Mastercard** ▮          Change

Use a gift card, voucher, or promo code

**Special Offer**

▮ we're giving you Prime free for 30 days     Try Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.     Cancel anytime.

**Arriving Mar 23, 2026 - Apr 1, 2026**

Linen Jumpsuits for Women Casual Summer Summer Boho Floral Tshirt Romper Button Down Pocket Tropical Vacation Hawaiian Outfits Short Sleeve Cute One Piece Comfy Rompers Overall Shorts for Women
$7.70
& FREE Returns ⌄
Ships from HswsEJ Official
Sold by HswsEJ Official

🗑 1 +

Gift options not available

● **Monday, Mar 23 - Wednesday, Apr 1**
$7.99 Delivery
○ Tuesday, Mar 17 - Thursday, Mar 19
$42.99 Delivery

Congratulations ▮ you are eligible for 30 days of Prime for $0!

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items:
Shipping & handling:
Estimated tax to be collected:
Order total:

**VA 2-469-041**

Place your order     **Order total: $16.48**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

# Order Summary

Order placed April 21, 2026  |  Order # 114-2134821-0516215

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ▬▬▬▬▬ | Visa  ending in ▬▬ | Item(s) Subtotal: | $7.70 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $7.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $15.69 |
| United States | | Estimated tax to be collected: | $0.79 |
| | | **Grand Total:** | **$16.48** |

### Arriving April 30 - May 8



Linen Jumpsuits for Women Casual Summer Summer Boho Floral Tshirt Romper Button Down Pocket Tropical Vacation Hawaiian Outfits Cute Comfy One Piece Short Sleeve Rompers Overalls Shorts

Sold by: HswsEJ Official

Supplied by: Other

$7.70

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates



# Order Summary

Order placed April 21, 2026 | Order # 114-0103593-8373029

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| | Visa ending in ▮▮▮ | Item(s) Subtotal: | $9.99 |
| ▮▮▮▮▮▮▮ | | Shipping & Handling: | $9.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Total before tax: | $19.98 |
| CHICAGO, IL 60609-1404 | | Estimated tax to be collected: | $1.02 |
| United States | | **Grand Total:** | **$21.00** |

## Arriving May 1 - May 12



Dresses for Women 2026 Beach Vacation Prom Dress Summer Cap Ruffle Sleeve Short Trendy Wedding Guest Outfits Cocktail Casual (3-Dark Green,Small)
Sold by: Tang jian
Supplied by: Other
$9.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑☒
© 1996-2026, Amazon.com, Inc. or its affiliates



# Order Summary

Order placed April 21, 2026  |  Order # 114-5925412-3256237

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| 15TH FLOOR 1111 W 35TH ST | Visa   ending in ▮ | Item(s) Subtotal: | $9.99 |
| CHICAGO, IL 60609-1404 | View related transactions | Shipping & Handling: | $9.99 |
| United States | | Total before tax: | $19.98 |
| | | Estimated tax to be collected: | $1.02 |
| | | **Grand Total:** | **$21.00** |

### Arriving May 1 - May 12



Dresses for Women 2026 Beach Vacation Prom Dress Cocktail Casual Summer Cap Ruffle Sleeve Short Trendy Wedding Guest Outfits  (3-Dark Green,Medium)
Sold by: juyu-W
Supplied by: Other
$9.99

Back to top

amazon

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices  ☑✗

© 1996-2026, Amazon.com, Inc. or its affiliates