**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

REBECCA HAYWARD,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06484

Judge Manish S. Shah

Magistrate Judge Albert Berry, III

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 9, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge Manish S. Shah of the U.S.

District Court for the Northern District of Illinois and present Plaintiff's *Ex Parte* Motion for Leave

to Conduct Expedited Discovery and Service of Process by Email and/or Electronic Publication.

DATED: June 3, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***