**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

REBECCA HAYWARD,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06484

Judge Manish S. Shah

Magistrate Judge Albert Berry, III

**<u>NOTICE OF MOTION</u>**

      **PLEASE TAKE NOTICE** that on Thursday, June 25, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear in person before the Honorable Judge Manish S. Shah of the U.S.

District Court for the Northern District of Illinois and present Plaintiff's Motion for Extension of

Time to File Supplemental Brief.

DATED: June 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***