# EXHIBIT A

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tantisy Easter Day Big Promotion | PRC | English-fabricated phrase | Amazon | 龙洞西街九巷 9 号 502, 广州市天河区, 广东省 510000 CN (No. 502, No. 9 Longdong West Street Lane 9, Tianhe Dist., Guangzhou, Guangdong 510000) | **Tianyancha:** no entity registered under the storefront name "Tantisy Easter Day Big Promotion"; broad address search in Tianhe-Longdong returned 9 area matches (e.g., 广州市同骏贸易有限公司, 广州白东科技有限公司) but **none at the exact claimed address**. The specific lane "龙洞西街九巷" and unit "9 号 502" do not appear in any Tianyancha-registered address. Postcode 510000 is Guangzhou-general | English-fabricated name without SAMR-component anchor; lane-level address not in registry or mapping | 1 | Email / Rule 4(f)(3) |

3

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|-----|-----------|---------|-----------|----------|----------------------------|---------------------|-----------|------|------------------|
| | | | | | | (Longdong-specific is 510520) — soft mismatch. **Baidu/Amap:** Longdong (龙洞) area resolves but lane-level "九巷" does not appear in courier or postal directories; SF Express pickup point at 龙洞西街 65 号 confirms the street but not the lane. | | | |
| 2 | meisly | PRC | Pinyin only (run-together) | Amazon | 园山街道大康社区大王工业区 7 号宝丽工业区 3 栋 401, 深圳市龙岗区, 广东省 518000 CN (Unit 401, Bldg 3 of Baoli Industrial Zone [within Dawang | **Tianyancha:** no entity registered as "meisly". Address search returned **5 entities at the exact claimed unit** — 深圳市坤银德实业有限公司 (USCC 91440300MA | Address real and registered, but defendant not among the registrants; nested industrial-zone name structurally inconsistent | 1 | Email / Rule 4(f)(3) |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Industrial Zone No. 7], Dakang Community, Yuanshan Sub-dist., Longgang Dist., Shenzhen 518000) | 5GHDTX36, 法人 林昭东, active); 深圳米洛雅家居有限公司 (USCC 91440300MA5FUUGP11, 法人 李辉兵, active); 深圳市龙岗区菲尔特运动用品商行 (USCC 92440300MA5FH6FUXX, 法人 周瑶瑶, active); 深圳市铭汇宣报关有限公司 (USCC 91440300MAEDXLBM12, 法人 王歌, active); 深圳市浪英饰品有限公司 (USCC 91440300MA5FMJ6Y8M, 法人 万月, cancelled). **None match the defendant** | | | |

5

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **"meisly"** — phonetic-name searches surfaced unrelated Anhui / Guangzhou entities, none in Shenzhen. The nested industrial-zone chain "大王工业区 7 号宝丽工业区 3 栋 401" does not appear in any Baidu/Amap or logistics directory; "大王工业区" name is associated with Bao'an's 大王山社区, not Longgang's Yuanshan Sub-district. | | | |
| 3 | HswsEJ Official | PRC | Pinyin + random suffix ("EJ") + English append | Amazon | 天河区灵山东路 4 号十一楼 1102 单元 856, 广州市, 广东省 510665 CN | **Tianyancha:** one entity registered at the EXACT claimed sub-suite — 广州 | Cluster-registration virtual-address hub; registered entity name mismatch + 经 | 1 | Email / Rule 4(f)(3) |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|-----|-----------|---------|-----------|----------|---------------------------|---------------------|-----------|------|------------------|
| | | | | | (Sub-suite 856, Unit 1102, 11th Floor, No. 4 Lingshan East Rd., Tianhe Dist., Guangzhou 510665) | 诚月玩具有限公司 (Guangzhou Chengyue Toys Co., Ltd.), USCC **91440106MADN9U0A4N, 法定代表人郭卫军, 自然人独资, registered 2024-06-06, capital ¥3 万, status 存续 but tagged 经营异常 (abnormal operation),** registered address 广州市天河区灵山东路 4 号十一楼 1102 单元 856. **The platform identifier "HswsEJ Official" does not match this entity's 字号 (诚月) — no name corresponden** | 营异常 tag; sub-suite is shopfront-broker pattern | | |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **ce.** Broad-building search returned 20+ entities at 灵山东路 4 号 with 自编 X 号 (仅限办公) self-numbered sub-suite tails (e.g., 八层 807 房 A1042, 十一楼 1101 单元 16 房, 6 楼 601 室 B244) confirming the cluster-registration (集群注册) virtual-address hub pattern. **No independent internet presence for "HswsEJ Official" on** Baidu/1688/WeChat. | | | |
| 4 | Tang jian | PRC | Surname + given-name (natural person — | Amazon | 莲湖区自强西路 61 号远丰大厦 1609 室, | **Tianyancha:** one entity registered at the EXACT | Registered entity matches; legal representative | 2 | **Hague Central Authority service to the** |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | matches registered legal rep) | | 西安市, 陕西 710014 CN (Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Rd., Lianhu Dist., Xi'an, Shaanxi 710014) | claimed unit — 西安棠兼商贸有限公司 (Xi'an Tangjian Trading Co., Ltd.), **USCC 91610104MACFWJAB28, 法定代表人唐键 (matches defendant name "Tang jian"), 自然人独资, registered 2023-04-21, capital ¥50 万, status 存续**, registered address 陕西省西安市莲湖区自强西路 61 号远丰大厦 1609 室. **Alternate-address search at 自强西路 23-10 号 returned EMPTY** — 远丰大厦 is | name matches defendant; natural-person sole proprietorship at verified address | | **natural-person legal representative 唐键 at the registered address. See Exhibit B.** |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | confirmed at 自强西路 61 号 across 58.com, Youbianku, Fang.com, and Elong.com; **the Phase A "23-10 号 mismatch" finding (based on city8.com) is debunked**. Building 远丰大厦 is a 2009 mixed-use tower (hotel Speed 8 + offices + residential), 200 m from Anyuanmen Metro Station Exit B. Postcode 710014 is correct (Lianhu-specific). | | | |
| 5 | juyu-W | PRC | Pinyin + random suffix ("-W") | Amazon | 大亚湾西区龙山一路 29 号鹏惠花园 3 栋 2203 号房, 惠 | **Tianyancha: 20+ entities registered at the EXACT** | Mass-registration residential-as-business hub; | 1 | Email / Rule 4(f)(3) |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 州市, 广东 516200 CN (Room 2203, Bldg 3, Penghui Garden, No. 29 Longshan No. 1 Rd., Daya Bay West Dist., Huizhou 516200) | **claimed residential unit.** Representative: 惠州市迹屿贸易有限公司, **USCC 91441304MAD849FMXH, 法定代表人 尹文检, 自然人独资, registered 2023-12-21, capital ¥10 万, address tagged "(仅限办公)"**. Other entities at the same unit include 惠州大亚湾曾齐五金商行 (法人 刘曾奇), 惠州大亚湾易云通讯部 (法人 孙易林), 惠州大亚湾潮牛鲜牛肉火锅店 (法人 罗志坚), 惠州大亚湾娜一水果店 (法人 李娜) — | 20+ unrelated entities at one residential unit; "(仅限办公)" tag on residential address inconsistent with property-management rules | | |

11

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | five different sectors registered at one residential apartment. **None match "juyu-W";** phonetic searches ("聚宇" / "巨宇") returned no relevant Huizhou entity. **Baidu/Anjuke/Lianjia confirm** Penghui Garden is a residential complex (built 2014, 7 buildings, ~859 households, Country Garden Five-Star Property Management). The "(仅限办公)" tag on a residential apartment is a legal inconsistency | | | |

| No. | Defendant | Country | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | under 住宅小区 property-management rules. | | | |