# EXHIBIT B

# EXHIBIT B

## China-Associate Diligence Report

---

# Hayward Case — 中国关联被告尽职调查报告

**案件:** Rebecca Hayward v. Schedule A Defendants, N.D. Ill., Case No. 1:26-cv-06484

**调查方:** Yanling Jiang (JiangIP LLC) — 工商注册查询由中国境内研究合作人员于 2026 年 6 月 23 日 经天眼查 (tianyancha.com) 及配套网络资源完成

**调查日期:** 2026 年 6 月 23 日

**被告范围:** 3 个优先被告 (No. 3, 4, 5) — 工商注册查询为论证重心. No. 3 与 No. 5 之注册查询确认平台名称与注册主体不匹配 + 集群注册/住宅地址样态, 支持 Article 1 unknown-address 路径 (Tier 1). No. 4 之注册查询确认平台名称对应自然人法定代表人, 该自然人独资公司注册地址即平台披露地址, 支持海牙公约中央机关送达至该自然人 (Tier 2).

## Hayward Case — Diligence Report on China-Affiliated Defendants *(English Translation)*

**Case:** Rebecca Hayward v. Schedule A Defendants, N.D. Ill., Case No. 1:26-cv-06484

**Investigator:** Yanling Jiang (JiangIP LLC) — the business-registry searches were completed by a China-based research associate on June 23, 2026 via Tianyancha (tianyancha.com) and supporting web resources.

**Investigation date:** June 23, 2026

**Defendant scope:** Three priority defendants (Nos. 3, 4, and 5) — the business-registry searches are the analytical focus. The registry searches for Nos. 3 and 5 confirm a mismatch between the platform name and the registered entity, together with a cluster-registration / residential-address pattern, supporting the Article 1 unknown-address pathway (Tier 1). The registry search for No. 4 confirms that the platform name corresponds to a natural-person legal representative, and that the registered address of that natural-person sole proprietorship is the platform-disclosed address, supporting Hague Convention central-authority service on that natural person (Tier 2).

---

## 被告 No. 3 — HswsEJ Official (Amazon)

**优先级:** High | **平台:** Amazon

**平台披露地址:** 天河区灵山东路 4 号十一楼 1102 单元 856, 广州市, 广东省 510665 CN

**A. 工商注册查询 (天眼查 / 企查查)**

**按名称搜索 "HswsEJ Official":**

- 直接拼音 / 字母 / 英文 词组搜索: **无匹配工商注册主体**. 平台标识符 "HswsEJ Official" 不符合中国国家市场监督管理总局四要素结构 (行政区划 + 字号 + 行业表述 + 组织形式), 在工商系统中无可执行的检索锚点.

**按地址搜索 (广州市天河区灵山东路 4 号十一楼 1102 单元 856) — 精确匹配:**

| 字段 | 值 |
|---|---|
| 企业名称 | **广州诚月玩具有限公司** (Guangzhou Chengyue Toys Co., Ltd.) |
| 统一社会信用代码 (USCC) | 91440106MADN9U0A4N |
| 法定代表人 | 郭卫军 |
| 行政区划 | 广州市天河区 |
| 字号 | 诚月 |
| 行业表述 | 玩具 |
| 组织形式 | 有限责任公司 (自然人独资) |
| 注册成立日期 | 2024-06-06 |
| 注册资本 | ¥3 万人民币 |
| 注册地址 | 广州市天河区灵山东路 4 号十一楼 1102 单元 856 |
| 经营状态 | **存续 + 标注"经营异常"** (abnormal operation) |
| 联系邮箱 | 18991229736@qq.com |

**关键差异:** 该工商注册主体的字号为 **"诚月"** (Chéng Yuè / "Chengyue"), 与平台名称 **"HswsEJ Official"** 在字号、拼音、英文翻译等任何层面 **均无对应关系**. 平台被告名称非该工商主体的简称、商标、商品名或其它已知衍生形式.

**按建筑搜索 (广州市天河区灵山东路 4 号 — 全楼广泛搜索):**

经"灵山东路 4 号"建筑层级广泛搜索, 天眼查返回 **20+ 工商注册主体**, 多数以**自编子单元号 + (仅限办公)** 格式注册, 例如:

- 广州市天河区灵山东路 4 号八层 807 房 A1042 (仅限办公)
- 广州市天河区灵山东路 4 号十一楼 1101 单元 16 房 (仅限办公)
- 广州市天河区灵山东路 4 号 6 楼 601 室 B244 (仅限办公)
- 广州市天河区灵山东路 4 号第六层 613-32 房
- 广州市天河区灵山东路 4 号 407A30 / 408C17 / 614-208
- 等等 (完整清单见 `phase-b-evidence/d3-tianyancha-broad-search.csv`)

该地址呈现 **典型的"集群注册" (集中代办虚拟办公地址) 样态**, 由地方市场监督管理部门许可, 由"集群注册托管机构"代办挂靠, 注册主体不必在该物理单元实际经营. 被告地址中的 **"1102 单元 856 号"** — 即"单元 1102, 子单元 856" — 与该建筑的集群注册子编号规则高度一致.

**B. 地图验证 (摘要)**

百度地图 / 高德地图:

- 城市/区: 广州市天河区 √ 可定位
- 道路: 灵山东路 √ 可定位
- 具体建筑/门牌: 4 号 √ 可定位至该建筑 (位于天河区珠村片区, 周边为工业园与酒店)
- 具体单元: 11 楼 1102 单元 856 — 自编子单元号无独立地图标注
- 完整 5 要素验证待 Exhibit C — Map-Verification Report (中国合作人员后续单独提供截图)

**C. 互联网核查**

- 百度搜索 "HswsEJ Official" / "HswsEJ" — **无独立商业存在记录**, 无相关网站或社交媒体账号.
- 1688 / 天猫 / 抖音 卖家账号检索 — **无匹配卖家账号**.
- Baidu 百科 / 政府工商数据库交叉核查 — 该建筑过去 2-4 年频繁出现于"虚拟地址注册" / "集群注册地址"相关公开信息中, 标注为"工业商业用建筑" (非典型办公楼).

**D. 总体结论**

**(d) 无法确认名称或地址** — 平台标识符 "HswsEJ Official" 不符合 SAMR 四要素结构, 在工商系统中无可执行检索锚点 - 注册地址精确返回单一注册主体 "广州诚月玩具有限公司" (USCC 91440106MADN9U0A4N, 法定代表人 郭卫军), 但其字号 "诚月" 与平台名称 "HswsEJ Official" 在任何层面均无对应关系, 且该主体 **标注"经营异常"** - 同一建筑同址同楼层 20+ 自编子单元号注册主体 + (仅限办公) 标记证实 **集群注册虚拟办公地址** 样态 — 被告平台名称即使被视为该建筑某一集群注册主体的别名, 亦无证据指向 "诚月" 或其他任何主体, 且该子单元地址非实际可投递经营场所.

**Defendant No. 3 — HswsEJ Official (Amazon)** *(English Translation)*

**Priority:** High | **Platform:** Amazon

**Platform-disclosed address:** 天河区灵山东路 4 号十一楼 1102 单元 856, 广州市, 广东省 510665 CN (Sub-suite 856, Unit 1102, 11th Floor, No. 4 Lingshan East Road, Tianhe District, Guangzhou, Guangdong 510665)

**A. Business-Registry Search (Tianyancha / Qichacha)**

**Search by name "HswsEJ Official":**

- Direct pinyin / letter / English-phrase searches: **no matching registered business entity.** The platform identifier "HswsEJ Official" does not conform to the four-element structure of the PRC State Administration for Market Regulation (administrative-region prefix + trade-name component + industry descriptor + organizational-form suffix), and provides no actionable search anchor in the registry system.

**Search by address (No. 4 Lingshan East Road, 11th Floor, Unit 1102, Sub-suite 856, Tianhe District, Guangzhou) — exact match:**

| Field | Value |
|---|---|
| Entity name | 广州诚月玩具有限公司 (Guangzhou Chengyue Toys Co., Ltd.) |
| Unified Social Credit Code (USCC) | 91440106MADN9U0A4N |
| Legal representative | 郭卫军 (Guo Weijun) |
| Administrative region | Tianhe District, Guangzhou |
| Trade-name component (字号) | 诚月 (Chengyue) |
| Industry descriptor | Toys (玩具) |
| Organizational form | Limited liability company (natural-person sole proprietorship / 自然人独资) |
| Date of registration | 2024-06-06 |
| Registered capital | ¥30,000 RMB |
| Registered address | No. 4 Lingshan East Road, 11th Floor, Unit 1102, Sub-suite 856, Tianhe District, Guangzhou |
| Operating status | **存续 (active) + tagged 经营异常 (abnormal operation)** |
| Contact email | 18991229736@qq.com |

**Key discrepancy:** The registered entity's trade-name component is **"诚月"** (Chéng Yuè / "Chengyue"), which bears **no correspondence** to the platform name **"HswsEJ Official"** at any level — trade-name, pinyin, or English translation. The defendant's platform name is not an abbreviation, trademark, product name, or other known derivative of that registered entity.

**Search by building (No. 4 Lingshan East Road — broad whole-building search):**

A broad search at the building level of "No. 4 Lingshan East Road" returned **20+ registered entities** in Tianyancha, most registered in a **self-numbered sub-suite + "(office-use only)"** format, for example:

- No. 4 Lingshan East Road, 8th Floor, Room 807, A1042 (office-use only)
- No. 4 Lingshan East Road, 11th Floor, Unit 1101, Room 16 (office-use only)
- No. 4 Lingshan East Road, 6th Floor, Room 601, B244 (office-use only)
- No. 4 Lingshan East Road, 6th Floor, Room 613-32
- No. 4 Lingshan East Road, 407A30 / 408C17 / 614-208

This address exhibits the **hallmark pattern of "cluster registration" (集群注册 — a centrally-brokered virtual office address)**, permitted by the local market-regulation authority and administered through a "cluster-registration custodial agency," where the registered entities need not actually operate at the physical unit. The defendant's address **"Unit 1102, Sub-suite 856"** — i.e., "Unit 1102, sub-unit 856" — is highly consistent with the building's cluster-registration sub-numbering scheme.

## B. Map Verification (summary)

Baidu Maps / Amap:

- City / district: Tianhe District, Guangzhou √ locatable
- Road: Lingshan East Road √ locatable
- Specific building / street number: No. 4 √ locatable to the building (in the Zhucun area of Tianhe District, surrounded by an industrial park and hotels)
- Specific unit: 11th Floor, Unit 1102, Sub-suite 856 — the self-numbered sub-unit has no independent map annotation
- Full 5-element verification pending in Exhibit C — Map-Verification Report (screenshots to be provided separately by the China-based associate)

## C. Internet Verification

- Baidu search "HswsEJ Official" / "HswsEJ" — **no independent commercial-presence record;** no associated website or social-media account.
- 1688 / Tmall / Douyin seller-account searches — **no matching seller account.**
- Baidu Baike / government business-database cross-check — over the past 2–4 years this building has frequently appeared in public information relating to "virtual-address registration" / "cluster-registration addresses," tagged as an "industrial/commercial-use building" (not a typical office tower).

## D. Overall Conclusion

**(d) Name or address cannot be confirmed** — The platform identifier "HswsEJ Official" does not conform to the SAMR four-element structure and provides no actionable search anchor in the registry system. The registered address returns a single registered entity, "广州诚月玩具有限公司" (Guangzhou Chengyue Toys Co., Ltd.) (USCC 91440106MADN9U0A4N, legal representative 郭卫军), but its trade-name component "诚月" bears no correspondence to the platform name "HswsEJ Official" at any level, and that entity is **tagged 经营异常 (abnormal operation).** The 20+ self-numbered sub-unit entities registered at the same building and same floor, together with the "(office-use only)" tags, confirm a **cluster-registration virtual-office-address** pattern — even if the defendant's platform name were treated as an alias of some cluster-registered entity at this building, there is no evidence pointing to "诚月" or any other entity, and this sub-unit address is not an actual deliverable place of business.

---

## 被告 No. 4 — Tang jian (Amazon) — Path 2 候选 (海牙公约中央机关送达)

**优先级:** High | **平台:** Amazon

**平台披露地址:** 莲湖区自强西路 61 号远丰大厦 1609 室, 西安市, 陕西 710014 CN

**备注:** Phase A 阶段曾标注"远丰大厦门牌号不一致 (61 号 vs. 23-10 号)" - 本次工商注册查询及多源网络验证 (58.com, Youbianku, Fang.com, Elong.com) 一致确认 **远丰大厦实际位于自强西路 61 号**, 23-10 号 地址检索返回空集. **Phase A 的不一致结论予以修正.**

### A. 工商注册查询 (天眼查 / 企查查)

**按名称搜索 "Tang jian":**

平台名称 "Tang jian" 系自然人姓名 (拼音), 直接以"唐键" (Táng Jiàn) 重构为中文搜索关键词.

**按地址搜索 (西安市莲湖区自强西路 61 号远丰大厦 1609 室) — 精确匹配:**

| 字段 | 值 |
| --- | --- |
| 企业名称 | **西安棠兼商贸有限公司** (Xi'an Tangjian Trading Co., Ltd.) |
| 统一社会信用代码 (USCC) | 91610104MACFWJAB28 |
| 法定代表人 | **唐键 (Tang Jian) — 与平台被告姓名直接对应** |
| 行政区划 | 陕西省西安市莲湖区 |
| 字号 | 棠兼 |
| 行业表述 | 商贸 |
| 组织形式 | 有限责任公司 (自然人独资) |
| 注册成立日期 | 2023-04-21 |
| 注册资本 | ¥50 万人民币 |
| 注册地址 | **陕西省西安市莲湖区自强西路 61 号远丰大厦 1609 室 (与平台披露地址精确一致)** |
| 经营状态 | 存续 (active) |

**对替代地址 "自强西路 23-10 号" 的对照搜索: 天眼查返回空数据 (EMPTY_DATA)**, 无任何注册主体位于该街号. Phase A 阶段以 city8.com 数据为基础得出的 "23-10 号 / 61 号" 门牌不一致结论, **经本次多源验证予以推翻**: 58.com / Fang.com / Youbianku / Elong.com / Baidu 百科 一致确认 远丰大厦 位于 **自强西路 61 号** (邮编 710014, Lianhu 区专用), 系 2009 年建成的混合用途大厦, 内设速 8 酒店 (Speed 8, 140 间客房) + 写字楼 + 住宅单元, 距安远门地铁站 B 出口约 200 米.

**B. 地图验证 (摘要)**

百度地图 / 高德地图:

- 城市/区: 西安市莲湖区 √可定位
- 道路: 自强西路 √可定位 (干线道路, 多路公交 + 安远门地铁站)
- 具体建筑/门牌: 61 号远丰大厦 √可定位 (商业地标级别, 酒店预订平台均可查询)
- 具体单元: 1609 室 — 高层住宅/办公混合楼标准单元, 地图至楼栋, 单元号在物业可查
- 完整 5 要素验证待 Exhibit C (中国合作人员后续单独提供截图)

**C. 互联网核查**

- 百度搜索 "西安棠兼商贸有限公司" / "唐键 自强西路": **本工商主体作为独立商业主体在网络空间未见显著外部存在**, 无独立官网或社交媒体账号 (与其于 2023-04 成立, 注册资本¥50 万的自然人独资公司样态相符).

- 1688 / 天猫 / 抖音 卖家账号检索 "Tang jian" / "唐键" / "棠兼商贸": **未发现卖家账号** (即 — 与 Amazon 平台账号 "Tang jian" 关联的中国国内电商账号在公开网络上无独立证据), 唯一可识别商业存在为 Amazon 平台账号本身.

## D. 总体结论

**(b) 名称与地址均匹配且法定代表人可识别** — 平台标识符 "Tang jian" 对应注册公司 **西安棠兼商贸有限公司** (USCC 91610104MACFWJAB28) 的法定代表人 **唐键**, 该公司为 **自然人独资有限责任公司**, 注册地址 **陕西省西安市莲湖区自强西路 61 号远丰大厦 1609 室** 与平台披露地址 **精确一致**, 经营状态 **存续**.

**Service-method posture:** 鉴于注册主体及其自然人法定代表人均可识别且地址精确匹配, 本被告 **不属于 Hague Article 1 "unknown-address"** 路径, **支持海牙公约中央机关送达** — 经 PRC 司法部国际法律合作交流中心 (Ministry of Justice International Legal Cooperation Center, ILCC) 在线门户提交服务请求, 收件人为自然人法定代表人 **唐键**, 送达地址为其经工商登记的住所 (即上述远丰大厦 1609 室).

**Defendant No. 4 — Tang jian (Amazon) — Path 2 candidate (Hague Convention central-authority service)** *(English Translation)*

**Priority:** High | **Platform:** Amazon

**Platform-disclosed address:** 莲湖区自强西路 61 号远丰大厦 1609 室, 西安市, 陕西 710014 CN (Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road, Lianhu District, Xi'an, Shaanxi 710014)

**Note:** At the Phase A stage, a discrepancy was flagged for Yuanfeng Mansion's street number (No. 61 vs. No. 23-10). The present business-registry search and multi-source web verification (58.com, Youbianku, Fang.com, Elong.com) consistently confirm that **Yuanfeng Mansion is in fact located at No. 61 Ziqiang West Road**; a search of the No. 23-10 address returns an empty set. **The Phase A discrepancy finding is corrected.**

## A. Business-Registry Search (Tianyancha / Qichacha)

**Search by name "Tang jian":**

The platform name "Tang jian" is the pinyin of a natural person's name, and was reconstructed directly into the Chinese search term "唐键" (Táng Jiàn).

**Search by address (Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road, Lianhu District, Xi'an) — exact match:**

| Field | Value |
|---|---|
| Entity name | 西安棠兼商贸有限公司 (Xi'an Tangjian Trading Co., Ltd.) |
| Unified Social Credit Code (USCC) | 91610104MACFWJAB28 |
| Legal representative | 唐键 (Tang Jian) — **directly corresponds to the platform defendant name** |
| Administrative region | Lianhu District, Xi'an, Shaanxi Province |
| Trade-name component (字号) | 棠兼 (Tangjian) |

| Industry descriptor | Trade / commerce (商贸) |
|---|---|
| Organizational form | Limited liability company (natural-person sole proprietorship / 自然人独资) |
| Date of registration | 2023-04-21 |
| Registered capital | ¥500,000 RMB |
| Registered address | **Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road, Lianhu District, Xi'an, Shaanxi (exactly matches the platform-disclosed address)** |
| Operating status | 存续 (active) |

**Control search against the alternate address "No. 23-10 Ziqiang West Road": Tianyancha returned empty data (EMPTY_DATA)**; no registered entity is located at that street number. The Phase A conclusion of a "No. 23-10 / No. 61" street-number discrepancy, based on city8.com data, is **overturned by the present multi-source verification:** 58.com / Fang.com / Youbianku / Elong.com / Baidu Baike consistently confirm that Yuanfeng Mansion is located at **No. 61 Ziqiang West Road** (postcode 710014, specific to Lianhu District), a mixed-use tower built in 2009 housing a Speed 8 hotel (140 rooms) + offices + residential units, approximately 200 meters from Exit B of Anyuanmen Metro Station.

**B. Map Verification (summary)**

Baidu Maps / Amap:

- City / district: Lianhu District, Xi'an √ locatable
- Road: Ziqiang West Road √ locatable (arterial road, multiple bus routes + Anyuanmen Metro Station)
- Specific building / street number: No. 61 Yuanfeng Mansion √ locatable (commercial-landmark level, searchable on hotel-booking platforms)
- Specific unit: Room 1609 — a standard unit in a high-rise mixed residential/office tower; map resolves to the building, and the unit number is verifiable with building management
- Full 5-element verification pending in Exhibit C (screenshots to be provided separately by the China-based associate)

**C. Internet Verification**

- Baidu search "西安棠兼商贸有限公司" / "唐键 自强西路": **this registered entity has no significant external online presence as an independent commercial entity;** no independent official website or social-media account (consistent with the profile of a natural-person sole proprietorship established 2023-04 with ¥500,000 registered capital).
- 1688 / Tmall / Douyin seller-account searches "Tang jian" / "唐键" / "棠兼商贸": **no seller account found** (i.e., no independent public-web evidence of a China-domestic e-commerce account linked to the Amazon platform account "Tang jian"); the only identifiable commercial presence is the Amazon platform account itself.

**D. Overall Conclusion**

**(b) Name and address both match and the legal representative is identifiable** — The platform identifier "Tang jian" corresponds to the legal representative 唐键 of the registered

company 西安棠兼商贸有限公司 (Xi'an Tangjian Trading Co., Ltd.) (USCC 91610104MACFWJAB28); that company is a **natural-person sole proprietorship limited liability company;** its registered address, **Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road, Lianhu District, Xi'an, Shaanxi,** matches the platform-disclosed address **exactly;** operating status is **active (存续).**

**Service-method posture:** Because the registered entity and its natural-person legal representative are both identifiable and the address matches exactly, this defendant **does not fall within the Hague Article 1 "unknown-address"** pathway; it **supports Hague Convention central-authority service** — submitted through the online portal of the PRC Ministry of Justice International Legal Cooperation Center (ILCC), with the recipient being the natural-person legal representative 唐键, served at his registered domicile (i.e., Room 1609, Yuanfeng Mansion, above).

---

## 被告 No. 5 — juyu-W (Amazon)

**优先级:** High | **平台:** Amazon

**平台披露地址:** 大亚湾西区龙山一路 29 号鹏惠花园 3 栋 2203 号房, 惠州市, 广东 516200 CN

**A. 工商注册查询 (天眼查 / 企查查)**

**按名称搜索 "juyu-W":**

平台标识符 "juyu-W" 为拼音 (3 字母) + 连字符 + 后缀 "W" 形式, 不符合 SAMR 四要素结构. 拼音重构 "聚宇" / "巨宇" / "聚渝" 搜索结果:

- **无 Huizhou 地区匹配工商主体**. 其他省市少量"聚宇/巨宇"前缀公司 (江苏/河北/山东) 在地址、行业、规模上与本被告无任何关联.

**按地址搜索 (惠州市大亚湾西区龙山一路 29 号鹏惠花园 3 栋 2203 号房) — 精确匹配:**

天眼查于该单元 (鹏惠花园 3 栋 2203 号房) 返回 **20+ 工商注册主体**. 代表性条目

| # | 企业名称 | USCC | 法定代表人 | 注册日期 | 经营状态 | 行业表述 |
|---|---|---|---|---|---|---|
| 1 | 惠州市迹屿贸易有限公司 (代表性首匹配) | 91441304MAD849FMXH | 尹文检 | 2023-12-21 | 存续 (仅限办公) | 贸易 |
| 2 | 惠州大亚湾曾齐五金商行 | (个体工商户编码) | 刘曾奇 | 2022-09-09 | 存续 | 五金商行 |
| 3 | 惠州大亚湾易云通讯部 | (个体工商户编码) | 孙易林 | 2022-08-09 | 存续 | 通讯设备 |
| 4 | 惠州大亚湾潮牛鲜牛肉火锅店 | (个体工商户编码) | 罗志坚 | 2022-04-25 | 存续 | 餐饮 |

| 5 | 惠州大亚湾娜一水果店 | (个体工商户编码) | 李娜 | 2023-05-10 | 存续 | 水果零售 |
|---|---|---|---|---|---|---|
| 6–20+ | ... (另 15+ 主体, 涵盖五金、通讯、餐饮、零售、水果、贸易等无关行业) | | | | | |

**关键发现:**

1. 无任何工商主体的名称与 **"juyu-W"** 对应 — 字号、拼音、英文翻译层面均无对应.

2. **同一住宅单元 (2203 号房) 注册 20+ 跨行业工商主体** — 五金、通讯、火锅餐饮、水果零售、商贸 — 属典型"住宅集中代办挂靠地址"模式 (registry-broker mass-registration pattern at residential apartment).

3. **首匹配主体 "迹屿贸易" 的注册地址明确标注 "(仅限办公)"** — 该标记与该单元的物理性质 (鹏惠花园系住宅小区, 由深圳市金地源房产开发, 7 栋 859 户, 碧桂园五星级物业管理) 冲突, 系典型住宅小区不允许的"住改商"虚拟登记样态.

**按建筑核查:** 鹏惠花园核心配套 (Lianjia / Anjuke / Leyoujia / Baidu 百科 / Fang.com 多源一致): 总户数约 859 户, 共 7 栋, 容积率 3.5, 绿化率 35%, 物业管理 广东碧桂园物业服务股份有限公司, 民水民电民燃气, 周边公交线路 266/268/336 设"鹏惠花园"站, 距深圳地铁 14 号线沙田站约 5 公里 — 系标准住宅社区, 非商业楼宇.

**B. 地图验证 (摘要)**

百度地图 / 高德地图:

- 城市/区: 惠州市大亚湾西区 √ 可定位
- 道路: 龙山一路 √ 可定位
- 小区: 鹏惠花园 √ 可定位 (多源硬确认)
- 具体建筑: 3 栋 √ 可定位至楼栋
- 具体单元: 2203 号房 — 高层住宅小区, 单元号物理上合理 (3 栋 22 层 01-03 其中之一)
- 完整 5 要素验证待 Exhibit C (中国合作人员后续单独提供截图)

**C. 互联网核查**

- 百度搜索 "juyu-W" / "聚宇 鹏惠花园" / "巨宇 大亚湾": **无独立商业存在记录**.
- 1688 / 天猫 / 抖音 卖家账号检索 "juyu-W": **未发现匹配的中国国内电商卖家账号**.
- 鹏惠花园物业 / 业主论坛 / 地方监督部门公开信息: **未见与本被告或其拼音重构相关的"住改商"行政处置或投诉记录**, 但鹏惠花园整体作为住宅小区无商业经营批准纪录.

**D. 总体结论**

**(d) 无法确认名称或地址** — 平台标识符 "juyu-W" 不符合 SAMR 四要素结构, 在工商系统中无可执行检索锚点 - 注册地址 (鹏惠花园 3 栋 2203 号房) **精确返回 20+ 跨行业工商注册主体**, 但其中无任何主体的名称与 "juyu-W" 对应 - 该地址物理上为住宅小区单元, 注册主体首匹配 "迹屿贸易" 的注册地址标注 "(仅限办公)" 与该单元的住宅性质 **结构性冲突**, 属典型 **住宅地址集中代办挂靠模式 (residential mass-registration / registry-broker pattern)** - 即使被告平台名称被视为某一同址注册主体的别名, 亦无证据指向 "迹屿贸易" 或其他任何特定主体, 且该地址非合法可投递的经营场所.

**Defendant No. 5 — juyu-W (Amazon)** *(English Translation)*

**Priority:** High | **Platform:** Amazon

**Platform-disclosed address:** 大亚湾西区龙山一路 29 号鹏惠花园 3 栋 2203 号房, 惠州市, 广东 516200 CN (Room 2203, Building 3, Penghui Garden, No. 29 Longshan No. 1 Road, Daya Bay West District, Huizhou, Guangdong 516200)

**A. Business-Registry Search (Tianyancha / Qichacha)**

**Search by name "juyu-W":**

The platform identifier "juyu-W" takes the form of pinyin (3 letters) + hyphen + suffix "W," and does not conform to the SAMR four-element structure. Pinyin-reconstruction searches "聚宇" / "巨宇" / "聚渝":

- **No matching registered entity in the Huizhou area.** A small number of "聚宇/巨宇"-prefixed companies in other provinces/cities (Jiangsu / Hebei / Shandong) bear no relationship whatsoever to this defendant in address, industry, or scale.

**Search by address (Room 2203, Building 3, Penghui Garden, No. 29 Longshan No. 1 Road, Daya Bay West District, Huizhou) — exact match:**

Tianyancha returned **20+ registered entities** at this unit (Room 2203, Building 3, Penghui Garden). Representative entries:

| # | Entity name | USCC | Legal representative | Reg. date | Status | Industry |
|---|---|---|---|---|---|---|
| 1 | 惠州市迹屿贸易有限公司 (representative first match) | 91441304MAD849FMXH | 尹文检 | 2023-12-21 | active (office-use only) | trade |
| 2 | 惠州大亚湾曾齐五金商行 | (individual-business code) | 刘曾奇 | 2022-09-09 | active | hardware store |
| 3 | 惠州大亚湾易云通讯部 | (individual-business code) | 孙易林 | 2022-08-09 | active | telecom equipment |

| 4 | 惠州大亚湾潮牛鲜牛肉火锅店 | (individual-business code) | 罗志坚 | 2022-04-25 | active | dining |
|---|---|---|---|---|---|---|
| 5 | 惠州大亚湾娜一水果店 | (individual-business code) | 李娜 | 2023-05-10 | active | fruit retail |
| 6–20+ | ... (15+ more entities, spanning hardware, telecom, dining, retail, fruit, trade, and other unrelated industries) | | | | | |

**Key findings:**

1. **No registered entity's name corresponds to "juyu-W"** — no correspondence at the trade-name, pinyin, or English-translation level.

2. **20+ cross-industry entities registered at one residential unit (Room 2203)** — hardware, telecommunications, hot-pot dining, fruit retail, trade — a classic "residential centrally-brokered mass-registration address" pattern (registry-broker mass-registration pattern at a residential apartment).

3. **The first-matching entity "迹屿贸易"'s registered address is expressly tagged "(office-use only)"** — a tag that **conflicts** with the physical nature of the unit (Penghui Garden is a residential community developed by Shenzhen Jindiyuan Real Estate, 7 buildings / 859 households, five-star Country Garden property management) — a classic "residential-converted-to-commercial" virtual-registration pattern not permitted in an ordinary residential community.

**Building-level verification:** Penghui Garden's core attributes (consistent across Lianjia / Anjuke / Leyoujia / Baidu Baike / Fang.com): approximately 859 households total, 7 buildings, plot ratio 3.5, greening ratio 35%, property management by Guangdong Country Garden Property Services Co., Ltd., residential water/electricity/gas, surrounding bus routes 266/268/336 with a "Penghui Garden" stop, approximately 5 km from Shatian Station on Shenzhen Metro Line 14 — a standard residential community, not a commercial building.

**B. Map Verification (summary)**

Baidu Maps / Amap:

- City / district: Daya Bay West District, Huizhou √ locatable
- Road: Longshan No. 1 Road √ locatable
- Community: Penghui Garden √ locatable (hard-confirmed across multiple sources)
- Specific building: Building 3 √ locatable to the building

- Specific unit: Room 2203 — high-rise residential community, unit number physically plausible (one of Building 3, 22nd floor, units 01–03)
- Full 5-element verification pending in Exhibit C (screenshots to be provided separately by the China-based associate)

## C. Internet Verification

- Baidu search "juyu-W" / "聚宇 鹏惠花园" / "巨宇 大亚湾": **no independent commercial-presence record.**
- 1688 / Tmall / Douyin seller-account search "juyu-W": **no matching China-domestic e-commerce seller account found.**
- Penghui Garden property management / owner forums / local regulatory public information: **no record of any "residential-converted-to-commercial" administrative action or complaint relating to this defendant or its pinyin reconstruction;** but Penghui Garden as a whole is a residential community with no record of commercial-operation approval.

## D. Overall Conclusion

**(d) Name or address cannot be confirmed** — The platform identifier "juyu-W" does not conform to the SAMR four-element structure and provides no actionable search anchor in the registry system. The registered address (Room 2203, Building 3, Penghui Garden) returns exactly **20+ cross-industry registered entities,** but none of their names corresponds to "juyu-W." The address is physically a residential-community unit; the first-matching entity "迹屿贸易"'s registered address carries an "(office-use only)" tag that is **structurally in conflict** with the residential character of the unit — a classic **residential-address centrally-brokered mass-registration pattern (residential mass-registration / registry-broker pattern).** Even if the defendant's platform name were treated as an alias of some co-located registered entity, there is no evidence pointing to "迹屿贸易" or any other specific entity, and this address is not a lawful, deliverable place of business.

---

# 总结与关键发现

| 被告编号 | 平台名称 | 注册匹配 | 地址可验证性 | 总体结论 | Tier |
|---|---|---|---|---|---|
| No. 3 | HswsEJ Official | 同址注册 "广州诚月玩具有限公司" (USCC 91440106MADN9U0A4N), 字号 "诚月" 与平台名称无对应; 经营异常 | 同一建筑 20+ 自编子单元号 + (仅限办公) — 集群注册虚拟办公地址 | (d) 无法确认名称或地址 | **Tier 1** (Email / Rule 4(f)(3)) |
| No. 4 | Tang jian | 同址注册 "西安棠兼商贸有限公司" | 远丰大厦自强西路 61 号 (多源硬确认; 23- | (b) 名称与地址均匹配且法定代表人可识 | **Tier 2** (Hague Central Authority 送达 |

| | | (USCC 91610104MAC FWJAB28), 法定代表人 **唐键** 与平台名称对应 | 10 号 替代地址查无记录) | 别 | 至自然人 唐键 ) |
|---|---|---|---|---|---|
| No. 5 | juyu-W | 同址注册 20+ 工商主体 (首匹配 "迹屿贸易" USCC 91441304MAD 849FMXH), 均无字号对应 | 鹏惠花园住宅单元 + (仅限办公) 标注 — 住宅集中代办挂靠 | (d) 无法确认名称或地址 | **Tier 1** (Email / Rule 4(f)(3)) |

## 关键法律支持点

1. **名称完整性缺失:** 被告 No. 3 与 No. 5 之平台名称均不符合中国国家市场监督管理总局四要素结构 (行政区划 + 字号 + 行业表述 + 组织形式), 在工商注册系统中无可执行检索锚点. **No. 4 之平台名称 ("Tang jian") 系自然人姓名, 与同址注册公司 "西安棠兼商贸有限公司" 之法定代表人 "唐键" 对应** — 此为本案被告中唯一可识别为已注册经营主体的代表人.

2. **集群注册虚拟办公地址 (No. 3):** 灵山东路 4 号建筑系天河区典型的工商代理集群注册办公地, 同址同楼层登记 20+ 工商主体并以 "自编 X 号" + "(仅限办公)" 标记区分各注册主体. 该类地址为"代办挂靠"性质, 注册主体不必在该物理单元实际办公. 平台被告名称 "HswsEJ Official" 与同址注册的 "广州诚月玩具有限公司" (经营异常) 之字号 "诚月" **完全无对应关系**, 该地址即使指向 "诚月" 也非平台被告 — 且该子单元 (自编 856 号) 在物理上非该主体实际经营场所或可投递地址.

3. **自然人法定代表人匹配 (No. 4):** 平台被告 "Tang jian" 对应注册公司 **西安棠兼商贸有限公司** 的法定代表人 **唐键**, 该公司为 **自然人独资有限责任公司**, 注册地址 **自强西路 61 号远丰大厦 1609 室** 与平台披露地址 **精确一致**. 此被告 **不属于 Hague Article 1 "unknown-address"** 路径; 海牙公约中央机关送达 (PRC Ministry of Justice ILCC 在线门户) 至自然人 唐键 为合规且可执行的送达方法 (Tier 2).

4. **住宅地址集中代办挂靠模式 (No. 5):** 鹏惠花园系大亚湾西区私人住宅小区 (~859 户, 碧桂园物业管理), 同址 (3 栋 2203 号房) 注册 **20+ 跨行业** 工商主体 (五金、通讯、餐饮、零售、贸易等), 首匹配主体 "迹屿贸易" 之注册地址标注 **"(仅限办公)"** 与该单元的住宅物理性质 **结构性冲突**. 中国《城市房屋租赁管理办法》及住宅小区物业管理规则一般限制住宅单元作为经营场所使用; 该地址呈现 **典型 registry-broker / residential mass-registration 模式**, 不能合法对应实际经营或邮件正常接收. 此构成 declared-residence-not-operational-location 样态.

5. **地图可验证性 (适用于 No. 3 & 5):** 同址自编子单元号 (No. 3 之 "11 楼 1102 单元 856") 及住宅高层单元 (No. 5 之 "3 栋 2203 号房") 在 Baidu Maps / Amap 均无独立 pin 标注 —

即使建筑或小区整体可定位, 子单元级别地址不可独立验证, 详细 5 要素验证见 Exhibit C (中国合作人员后续单独提供截图).

## Summary and Key Findings *(English Translation)*

| Defendant | Platform name | Registry match | Address verifiability | Overall conclusion | Tier |
|---|---|---|---|---|---|
| No. 3 | HswsEJ Official | Co-located registration "广州诚月玩具有限公司" (USCC 91440106MADN9U0A4N); trade-name "诚月" has no correspondence to the platform name; abnormal operation | 20+ self-numbered sub-units + (office-use only) at the same building — cluster-registration virtual office address | (d) name or address cannot be confirmed | **Tier 1** (Email / Rule 4(f)(3)) |
| No. 4 | Tang jian | Co-located registration "西安棠兼商贸有限公司" (USCC 91610104MACFWJAB28); legal representative **唐键 corresponds to the platform name** | Yuanfeng Mansion, No. 61 Ziqiang West Road (hard-confirmed across sources; alternate No. 23-10 returns no record) | (b) name and address both match and legal representative is identifiable | **Tier 2** (Hague Central Authority service on natural person 唐键) |
| No. 5 | juyu-W | 20+ co-located registered entities (first match "迹屿贸易" USCC 91441304MAD849FMXH); none with trade-name correspondence | Penghui Garden residential unit + (office-use only) tag — residential centrally-brokered registration | (d) name or address cannot be confirmed | **Tier 1** (Email / Rule 4(f)(3)) |

## Key Legal Support Points

1. **Absence of name integrity:** The platform names of Defendants Nos. 3 and 5 do not conform to the four-element structure of the PRC State Administration for Market Regulation (administrative-region prefix + trade-name component + industry descriptor + organizational-form suffix), and provide no actionable search anchor in the registry system. **No. 4's platform name ("Tang jian") is a natural person's name and corresponds to the legal representative "唐键" of the co-located registered company "西安棠兼商贸有限公司"** — the only defendant in this case identifiable as the representative of a registered operating entity.

2. **Cluster-registration virtual office address (No. 3):** The building at No. 4 Lingshan East Road is a typical Tianhe-District cluster-registration office site used by business-registration agents, with 20+ entities registered at the same address and same floor, distinguished by "self-numbered No. X" + "(office-use only)" tags. Addresses of this type are of a "broker-attachment" character, and the registered entities need not actually work at the physical unit. The platform defendant name "HswsEJ Official" bears **no correspondence whatsoever** to the trade-name "诚月" of the co-located registered "广州诚月玩具有限公司" (abnormal operation); even if that address pointed to "诚月," it is not the platform defendant — and the sub-unit (self-numbered 856) is not physically that entity's actual place of business or a deliverable address.

3. **Natural-person legal-representative match (No. 4):** The platform defendant "Tang jian" corresponds to the legal representative 唐键 of the registered company 西安棠兼商贸有限公司, which is a **natural-person sole proprietorship limited liability company;** its registered address, **Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road,** matches the platform-disclosed address **exactly.** This defendant **does not fall within the Hague Article 1 "unknown-address"** pathway; Hague Convention central-authority service (through the PRC Ministry of Justice ILCC online portal) on the natural person 唐键 is a compliant and executable method of service (Tier 2).

4. **Residential-address centrally-brokered registration pattern (No. 5):** Penghui Garden is a private residential community in Daya Bay West District (~859 households, Country Garden property management), at which (Room 2203, Building 3) **20+ cross-industry** entities are registered (hardware, telecommunications, dining, retail, trade, etc.); the first-matching entity "迹屿贸易"'s registered address carries the tag **"(office-use only),"** which is in **structural conflict** with the residential physical character of the unit. China's *Administrative Measures for the Leasing of Urban Housing* and residential-community property-management rules generally restrict the use of residential units as places of business; this address exhibits a **classic registry-broker / residential mass-registration pattern,** which cannot lawfully correspond to actual operation or the normal receipt of mail. This constitutes a declared-residence-not-operational-location pattern.

5. **Map verifiability (applies to Nos. 3 & 5):** The co-located self-numbered sub-units (No. 3's "11th Floor, Unit 1102, Sub-suite 856") and the residential high-rise unit (No. 5's "Building 3, Room 2203") have no independent pin annotation on Baidu Maps / Amap — even where the building or community as a whole is locatable, the sub-unit-level address cannot be

independently verified. Detailed 5-element verification appears in Exhibit C (screenshots to be provided separately by the China-based associate).

---

## TRANSLATOR'S CERTIFICATION

I, Yanling Jiang, am an attorney at JiangIP LLC and one of counsel for Plaintiff in this action. I was born and raised in the People's Republic of China, am a native speaker of Mandarin Chinese, and read and write simplified Chinese characters with full proficiency, as set out more fully in my accompanying Declaration. I prepared the English translations that appear in this Exhibit B directly from the Chinese-language China-associate diligence report that constitutes the original of record herein. I certify that those English translations are true and accurate translations of the corresponding Chinese-language text to the best of my knowledge and ability.

/s/ Yanling Jiang
Yanling Jiang
JiangIP LLC
Counsel for Plaintiff Rebecca Hayward