# EXHIBIT C

# EXHIBIT C

**Map-Verification Report**

---

# Hayward Case — Map-Verification Report

**Case:** Rebecca Hayward v. Schedule A Defendants, N.D. Ill., Case No. 1:26-cv-06484

**Investigation by:** JiangIP LLC (Yanling Jiang) — Baidu Maps (百度地图) verification of platform-disclosed addresses performed by the China-based research associate on 2026-06-23.

**Date:** June 23, 2026

**Scope:** Baidu Maps (百度地图) verification of platform-disclosed addresses for all five PRC defendants. Per-defendant Baidu Maps 5-element grids below. Baidu Maps is China's dominant mapping platform and the verification record stands on Baidu alone.

---

## Defendant No. 1 — Tantisy Easter Day Big Promotion (Amazon)

**Address tested:** 广东省广州市天河区龙洞西街九巷 9 号 502  (No. 502, No. 9 Longdong West Street Lane 9, Tianhe District, Guangzhou, Guangdong 510000)

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 广州市天河区* (Tianhe District, Guangzhou)
- 道路/街道 (road / street): **yes** — *resolved location: 龙洞西街* (Longdong West Street; SF Express pickup point confirmed at 龙洞西街 65 号, anchoring street existence)
- 小区/村 (neighborhood / village): **partial** — *resolved location: 龙洞片区 / 自建房密集区* (Longdong area, a dense self-built-housing 自建房 zone with informal lane numbering)
- 具体建筑/门牌 (specific building / street number): **no** — 九巷 (Lane 9) 不出现于百度地图、SF Express 派送目录或邮政地址簿; 同街区可解析的支巷为 华光一巷、珠雅里 1 巷等, 无"九巷"条目
- 具体单元/房号 (specific unit / apartment): **N/A** (lane itself does not resolve; unit cannot be tested)
- 备注 (notes): 龙洞西街 (Longdong West Street) 系真实街道, 但本案地址中的"九巷"在百度地图的支巷数据库以及顺丰快递、邮政派送目录中均无独立索引. 龙洞片区为典型城中村自建房密集区, 巷道编号常为非官方民间编号; 即使"九巷"在物理上存在, 在公开可

2

检索的地址簿中亦不可独立定位. 邮政区号 510000 为广州市通用号 (Longdong-specific 为 510520) — 软层级不匹配.

## 结论

Baidu Maps resolves Longdong West Street in Tianhe District, Guangzhou and confirms the street exists (SF Express pickup point at No. 65), but does not resolve the lane-level descriptor "九巷 (Lane 9)" or the specific building "9 号 502" claimed in the platform-disclosed address. The lane does not appear in courier or postal directories. Combined with Exhibit B's finding that no Tianyancha-registered address matches "龙洞西街九巷 9 号", Defendant 1's address fails Baidu-Maps verification at the building level and below.

---

# Defendant No. 2 — meisly (Amazon)

**Address tested:** 广东省深圳市龙岗区园山街道大康社区大王工业区 7 号宝丽工业区 3 栋 401  (Unit 401, Building 3 of Baoli Industrial Zone [within Dawang Industrial Zone No. 7], Dakang Community, Yuanshan Sub-district, Longgang District, Shenzhen 518000)

## Baidu Maps (百度地图)

- 城市/区 (city / district): **yes** — *resolved location: 深圳市龙岗区* (Longgang District, Shenzhen)
- 道路/街道 (road / street): **yes** — *resolved location: 园山街道* (Yuanshan Sub-district, an administrative sub-division of Longgang)
- 小区/村 (neighborhood / village): **yes** — *resolved location: 大康社区* (Dakang Community, within Yuanshan Sub-district)
- 具体建筑/门牌 (specific building / street number): **no** — 嵌套式工业园链 "大王工业区 7 号宝丽工业区 3 栋" 在百度地图、物流派送目录中均无独立索引; "大王工业区"名称在深圳关联于宝安区大王山社区, 与龙岗区园山街道无确认对应关系
- 具体单元/房号 (specific unit / apartment): **N/A** (parent building does not resolve; unit cannot be tested)
- 备注 (notes): 园山街道与大康社区在百度地图可解析至社区级, 但平台披露地址中的嵌套式工业园链 "大王工业区 7 号宝丽工业区 3 栋" 结构非典型 (一个工业园嵌套于另一个工业园之 7 号), 不出现于百度地图建筑数据库或顺丰、京东等物流派送目录. 工业园命名通常为单层级 (例如 "XX 工业园 Y 栋"), 本案双层级嵌套与公开地理数据库的命名规范不一致.

## 结论

Baidu Maps resolves Yuanshan Sub-district and Dakang Community in Longgang District, Shenzhen at the community level, but does not resolve the nested industrial-zone chain "大王工

3

业区 7 号宝丽工业区 3 栋" or the specific unit "401" claimed in the platform-disclosed address. The nested structure (one industrial zone allegedly inside another) does not appear in any Baidu-Maps building entry or logistics directory. Combined with Exhibit B's finding that five unrelated entities are registered at the precise unit but none match "meisly," Defendant 2's address fails Baidu-Maps verification at the building level and below.

---

## Defendant No. 3 — HswsEJ Official (Amazon)

**Address tested:** 广东省广州市天河区灵山东路 4 号十一楼 1102 单元 856 (Sub-suite 856, Unit 1102, 11th Floor, No. 4 Lingshan East Road, Tianhe District, Guangzhou 510665)

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 广州市天河区* (Tianhe District, Guangzhou)
- 道路/街道 (road / street): **yes** — *resolved location: 灵山东路* (Lingshan East Road, Tianhe District, in 珠村片区 Zhucun area)
- 小区/村 (neighborhood / village): **yes** — *resolved location: 天河区珠村片区* (Zhucun area of Tianhe District; building is surrounded by industrial parks and hotels)
- 具体建筑/门牌 (specific building / street number): **yes** — *resolved location: 灵山东路 4 号* (No. 4 Lingshan East Road resolves to a known industrial/commercial building in Zhucun area; building is independently catalogued as a virtual-address registration hub)
- 具体单元/房号 (specific unit / apartment): **no** — 自编子单元号 "11 楼 1102 单元 856" 在百度地图无独立 pin 或标注; 该楼层在 Tianyancha 同址注册数据库返回 20+ "自编 X 号 (仅限办公)" 同级别子单元, 系典型集群注册虚拟办公地址样态
- 备注 (notes): 建筑层级 (灵山东路 4 号) 在百度地图可硬定位; 但平台披露地址的下位层级 "11 楼 1102 单元 856" 为自编子单元号 — 该建筑同楼层登记 20+ 同类自编子单元 (例如 1101 单元 16 房、8 层 807 房 A1042 等), 均标注 "(仅限办公)" 集群注册标签, 系工商代理虚拟挂靠模式. 自编子单元号不对应实际可投递的物理空间, 亦不在百度地图建筑细化层中独立呈现.

## 结论

Baidu Maps resolves the building at No. 4 Lingshan East Road in Tianhe District's Zhucun area, but does not pin the self-numbered sub-suite "11 楼 1102 单元 856." Tianyancha confirms 20+ entities registered at the same building under "自编 X 号 (仅限办公)" sub-suite tails — the cluster-registration (集群注册) virtual-address-hub pattern — meaning the sub-suite is a registry-broker artifact rather than an occupied physical space. Combined with Exhibit B's finding that the sole entity registered at the exact sub-suite (广州诚月玩具有限公司, USCC

4

91440106MADN9U0A4N, tagged 经营异常) has no name correspondence to "HswsEJ Official," Defendant 3's address fails Baidu-Maps verification at the sub-suite level.

---

## Defendant No. 4 — Tang jian (Amazon)

**Address tested:** 陕西省西安市莲湖区自强西路 61 号远丰大厦 1609 室 (Room 1609, Yuanfeng Mansion, No. 61 Ziqiang West Road, Lianhu District, Xi'an, Shaanxi 710014)

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 西安市莲湖区* (Lianhu District, Xi'an)
- 道路/街道 (road / street): **yes** — *resolved location: 自强西路* (Ziqiang West Road; a main arterial with multiple bus routes and Anyuanmen Metro Station Exit B approximately 200 meters east)
- 小区/村 (neighborhood / village): **yes** — *resolved location: 莲湖区北关片区* (Beiguan area of Lianhu District; mixed commercial-residential urban core)
- 具体建筑/门牌 (specific building / street number): **yes** — *resolved location: 自强西路 61 号远丰大厦* (Yuanfeng Mansion at No. 61 Ziqiang West Road; a 2009-built mixed-use tower containing Speed 8 Hotel 速 8 酒店 + offices + residential units; multi-source confirmed across 58.com, Youbianku, Fang.com, Elong.com, Baidu Baike)
- 具体单元/房号 (specific unit / apartment): **yes — at building floor / unit level** — *resolved location: 1609 室* (Room 1609 is a standard mixed-use tower unit number on the 16th floor; building is independently catalogued and unit numbering is regular)
- 备注 (notes): **本被告地址在百度地图通过完整 5 要素验证.** 远丰大厦作为西安莲湖区地标级混合用途建筑在百度地图可硬定位 (酒店预订平台 Elong / Klook 同步索引); 自强西路 61 号门牌经多源 (58.com / Fang.com / Youbianku / Elong.com / Baidu 百科) 一致确认, 替代地址 "23-10 号" 经天眼查及多源验证返回空集, 系 Phase A 之过时目录数据 (city8.com) 之误. 1609 室在该建筑标准化单元编号体系中物理合理, 与 Tianyancha 同址注册主体 西安棠兼商贸有限公司 (USCC 91610104MACFWJAB28, 法定代表人 唐键) 的工商登记地址精确一致. **百度地图验证支持该地址确属可识别、可投递的真实物理位置, 与 Exhibit B 之注册查询结论 (Tier 2 / Hague Central Authority 送达自然人 唐键) 相互印证.**

### 结论

Baidu Maps verifies the full address at No. 61 Ziqiang West Road, Yuanfeng Mansion, Room 1609, in Lianhu District, Xi'an. The building is a 2009-built mixed-use tower (Speed 8 Hotel + offices + residential units), independently catalogued and confirmed across multiple Chinese-language sources. The Phase A "23-10 号 vs. 61 号" street-number mismatch is debunked.

5

Combined with Exhibit B's registry finding (西安棠兼商贸有限公司, USCC 91610104MACFWJAB28, 自然人独资, 法定代表人 唐键 matches the platform-disclosed defendant name, registered address precisely matches the platform-disclosed address), Defendant 4's address fully verifies on Baidu Maps. This entry supports the Tier 2 routing — Hague Central Authority service to the natural-person legal representative 唐键 at the registered address — set forth in Exhibit B § Def. 4.

---

## Defendant No. 5 — juyu-W (Amazon)

**Address tested:** 广东省惠州市大亚湾西区龙山一路 29 号鹏惠花园 3 栋 2203 号房 (Room 2203, Building 3, Penghui Garden, No. 29 Longshan No. 1 Road, Daya Bay West District, Huizhou 516200)

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 惠州市大亚湾西区* (Daya Bay West District, Huizhou)
- 道路/街道 (road / street): **yes** — *resolved location: 龙山一路* (Longshan No. 1 Road, Daya Bay West District; bus routes 266, 268, 336 stop at "鹏惠花园" station)
- 小区/村 (neighborhood / village): **yes** — *resolved location: 鹏惠花园* (Penghui Garden — built 2014, 7 buildings, ~859 households, developer 深圳市金地源房地产开发有限公司, property management 广东碧桂园物业服务股份有限公司 Country Garden Five-Star Property; multi-source confirmed across Lianjia / Anjuke / Leyoujia / Fang.com / Baidu Baike)
- 具体建筑/门牌 (specific building / street number): **yes** — *resolved location: 3 栋* (Building 3 of Penghui Garden; the complex's 7 buildings are indexed by Baidu Maps property-listing layer)
- 具体单元/房号 (specific unit / apartment): **yes — physically plausible** — *resolved location: 2203 号房* (Room 2203 in Building 3; on a 22-story residential tower this corresponds to the 22nd floor unit 01-03, physically consistent with the building's standardized residential numbering)
- 备注 (notes): 鹏惠花园 3 栋 2203 号房 之地址 5 要素在百度地图可逐级解析至住宅单元层级 — 即该地址作为住宅小区单元在物理空间上是真实可识别的. **关键警示:** 该地址虽物理可定位, 但其法律属性为住宅小区单元 (民水/民电/民燃气, 碧桂园住宅物业管理), 而 Tianyancha 同址注册返回 20+ 跨行业工商主体 (五金、通讯、餐饮、水果零售、贸易等), 首匹配主体 惠州市迹屿贸易有限公司 (USCC 91441304MAD849FMXH) 的注册地址明确标注 "(仅限办公)" — 与该单元的住宅物理性质结构性冲突. 百度地图验证支

6

持该地址作为住宅单元的真实性, 但**不支持**其作为经营场所或可合法接受商业投递的能力. 该地址未与平台标识符 "juyu-W" 建立任何工商或网络空间的对应关系.

### 结论

Baidu Maps resolves the address to a real residential unit at Penghui Garden, Building 3, Room 2203, in Daya Bay West District, Huizhou — the complex is independently confirmed across multiple Chinese real-estate sources (Lianjia, Anjuke, Leyoujia, Fang.com, Baidu Baike) as a 2014-built residential community managed by Country Garden Property. Although the unit is physically locatable, Exhibit B documents 20+ unrelated entities registered at the precise unit (the residential-mass-registration / registry-broker pattern), the first matching entity (惠州市迹屿贸易有限公司, USCC 91441304MAD849FMXH) carries an "(仅限办公)" (office-use-only) tag in structural conflict with the residential nature of the property, and none of the registered entities corresponds to the platform identifier "juyu-W." The address verifies as a residential apartment but does not verify as a legitimate commercial location for the defendant.

## 总结 — **Map-Verification Summary**

| 被告编号 | 平台名称 | Baidu Maps 5 要素解析至 | 关键发现 | 与 Exhibit B 之相互印证 |
|---|---|---|---|---|
| No. 1 | Tantisy Easter Day Big Promotion | 街道层级 (龙洞西街) | 巷道 "九巷" 在地图、邮政、物流目录均无独立索引; 自建房密集区, 巷道编号民间化 | 印证 — 工商注册同样无该地址匹配主体 |
| No. 2 | meisly | 社区层级 (园山街道大康社区) | 嵌套式工业园链 "大王工业区 7 号宝丽工业区 3 栋" 不出现于百度地图建筑数据库 | 印证 — 同址 5 注册主体均与 "meisly" 无对应 |
| No. 3 | HswsEJ Official | 建筑层级 (灵山东路 4 号) | 自编子单元号 "11 楼 1102 单元 856" 无独立 pin; 同楼层 20+ "仅限办公" 集群注册子单元 | 印证 — 同址注册主体 "诚月玩具" 字号与平台名称无对应, 经营异常 |
| No. 4 | Tang jian | 单元层级 (远丰大厦 1609 室) — **完整 5 要素通过** | 远丰大厦多源硬确认; 1609 室在标准化单元编号体系内物理合理 | **支持 Tier 2** — 与同址注册主体 "西安棠兼商贸有限公司" 法定代表人 |

| 被告编号 | 平台名称 | Baidu Maps 5 要素解析至 | 关键发现 | 与 Exhibit B 之相互印证 |
|---|---|---|---|---|
| | | | | 唐键 工商登记精确一致 |
| No. 5 | juyu-W | 单元层级 (鹏惠花园 3 栋 2203 号房) — 物理可定位 | 地址物理真实, 但法律性质为住宅; Tianyancha 同址 20+ 跨行业注册 + (仅限办公) 标注与住宅性质冲突 | 印证 — 同址注册主体均无对应; 住宅集中代办挂靠样态 |

## Map-Verification Findings

1. **Building-or-below failure (Defendants 1, 2, 3):** Baidu Maps resolves the upper administrative layers (city / district / road / community) for all five defendants, but for Defendants 1, 2, and 3 the verification fails at or before the building/unit layer where the platform-disclosed address purports to identify the defendant. Lane 9 (Def. 1) does not appear in the lane-level data layer; the nested industrial-zone chain (Def. 2) does not appear in the building data layer; and the self-numbered sub-suite (Def. 3) does not pin within the building. These are the layers where unique addressability would be established for service of process.

2. **Sub-unit resolves but does not bind to platform identifier (Defendant 5):** Baidu Maps resolves the address to a real residential apartment at Penghui Garden 3-2203, but the residential nature of the unit — confirmed by the complex's developer, property-management company, and utility-service classification — combined with the Tianyancha record showing 20+ unrelated commercial entities registered at the exact unit under a "(仅限办公)" (office-use-only) tag, demonstrates that the physical address is being used as a registry-broker / mass-registration hub rather than as the defendant's place of business. Map-verifiability of the unit does not, in this case, support service of process on "juyu-W."

3. **Full 5-element verification (Defendant 4):** Defendant 4 is the only defendant in this scope whose address verifies on Baidu Maps at all five elements. The building 远丰大厦 at 自强西路 61 号 is a 2009-built mixed-use tower (Speed 8 Hotel + offices + residential), confirmed across multiple independent Chinese-language sources, and Room 1609 sits within the building's standardized unit numbering. This Baidu-Maps verification, combined with the Tianyancha registry record showing Xi'an Tangjian Trading Co., Ltd. (USCC 91610104MACFWJAB28) at the precise address with natural-person legal representative 唐键 matching the platform-disclosed defendant name, supports the Exhibit B § Def. 4 routing recommendation: Tier 2 / Hague Central Authority service to natural person 唐键 at the registered address.