**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

REBECCA HAYWARD,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06484

Judge Manish S. Shah

Magistrate Judge Albert Berry, III

**DECLARATION OF REBECCA HAYWARD**

I, REBECCA HAYWARD, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that created the Rebecca Hayward Work. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a surface designer and illustrator known for my joyful, feel-good aesthetic under the creative brand, "Posy Print." My work is instantly recognizable for its uplifting color palettes, whimsical motifs, and charming, repeating patterns that celebrate the simple pleasures of life. Over the years, I have built a consistent and growing presence in the surface design world through years of hands-on artistic development. My cheerful, feminine, and versatile designs span across various product categories including stationery, fashion textiles, and home décor, and I license my artwork to buyers worldwide.

4. I am the official source of products associated with the Rebecca Hayward Work (the "Rebecca Hayward Products"):




https://www.posyprint.com/

5. I am the owner of the copyright registration for the Rebecca Hayward copyrighted work, which is protected by United States Copyright Registration No. VA 2-469-041 (the "Rebecca Hayward Work").

6. The success of the Rebecca Hayward Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in First Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Rebecca Hayward Work to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Rebecca Hayward Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Rebecca Hayward Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Rebecca Hayward Products were

being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Rebecca Hayward Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Rebecca Hayward copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Rebecca Hayward Work and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Rebecca Hayward Work are meant to be exclusive rights.

11. The marketing and distribution of the Rebecca Hayward Work and derivative works are aimed at growing and sustaining sales. When infringers use the Rebecca Hayward Work without authorization, the exclusivity associated with the Rebecca Hayward Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Rebecca Hayward Work create the impression that the copyright rights associated with the Rebecca Hayward Work may be

infringed with impunity. The Rebecca Hayward Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Rebecca Hayward Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Rebecca Hayward Work cannot be compensated for financially since it erodes my ability to monetize the Rebecca Hayward Work.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2026.

Rebecca Hayward

Rebecca Hayward